USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS JAIME,<br>Plaintiff,<br>-against-<br>SERGEANT A. ATKINS ET AL.,<br>Defendants. | 25-CV-4878 (NSR)<br>SUPPLEMENTAL ORDER OF SERVICE |

NELSON S. ROMÁN, United States District Judge:

Plaintiff Luis Jaime, who is currently incarcerated in the Green Haven Correctional Facility ("Green Haven"), brings this action *pro se*, asserting claims of federal constitutional violations, and seeking damages. In his original Complaint, he sued: (1) Green Haven Correctional Sergeant A. Atkins; and (2) what appeared to be six unidentified "John Doe" Green Haven correctional officers. (ECF No. 1.) The Court construed Plaintiff's complaint as asserting claims under 42 U.S.C. § 1983.

By Order of Service dated August 8, 2025 (ECF No. 8), and by way of a *Valentin* Order dated March 11, 2026 (ECF No. 17), this Court directed the Attorney General of the State of New York to provide to Plaintiff and to the Court the names, badge numbers, and service addresses of the unidentified "John Doe" defendants. On May 7, 2026, the Attorney General of the State of New York responded to the *Valentin* Order with the identities and service addresses of the "John Doe" defendants. (ECF No. 18.) On May 8, 2026, this Court directed Plaintiff to file an Amended Complaint properly substituting and naming the recently identified John and Jane Doe(s) in his Complaint. (ECF Nos. 20, 24.) Plaintiff's Amended Complaint was filed on June 18, 2026. (ECF No. 25.)

## DISCUSSION

By Order dated July 23, 2025, this Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process ... in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants, noting the updated names and addresses. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants. If the Amended Complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension). Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. See 28 U.S.C. § 1915(b)(l).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants Correction Officers (1) Jacqueline Webber, (2) Kenneth Decker Jr., (3) Alcibiades Lora-Valerio, (4) Matthew Hoffman, and (5) Hakeem Mcpherson, complete the USM-285 form with the address for each Defendant, and deliver all documents, including the Amended Complaint (ECF No. 25), necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on the docket and to show service on the docket.

Dated: July 15, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Jacqueline Webber
Green Haven Correctional Facility
594 Route 216 Stormville
New York 12582-0010

2. Kenneth Decker Jr.
Green Haven Correctional Facility
594 Route 216 Stormville
New York 12582-0010

3. Alcibiades Lora-Valerio
New York State Department of Corrections & Community Supervision
Counsel's Office
Building 4
The Harriman State Campus
1220 Washington Avenue
Albany, New York 12226

4. Matthew Hoffman
Green Haven Correctional Facility
594 Route 216 Stormville
New York 12582-0010

5. Hakeem Mcpherson
Green Haven Correctional Facility
594 Route 216 Stormville
New York 12582-0010